---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Cases                                                                          Date:  September 20, 2017

| | |
|---|---|
| 8:17-cv-01072-JLS-KES | Balboa Capital Corporation v. Okoji Home Visits MHT, LLC et al. |
| 8:17-cv-01085-JLS-KES | Balboa Capital Corporation v. Patel Transitions MHT LLC et al. |
| 8:17-cv-01086-JLS-KES | Balboa Capital Corporation v. Shafie Transitions MHT LLC et al. |
| 8:17-cv-01094-JLS-KES | Balboa Capital Corporation v. Butt Transitions MHT LLC et al. |
| 8:17-cv-01107-JLS-KES | Balboa Capital Corporation v. Johnston Transitions MHT, LLC et al. |
| 8:17-cv-01117-JLS-KES | Balboa Capital Corporation v. Thi Transitions MHT LLC et al. |
| 8:17-cv-01118-JLS-KES | Balboa Capital Corporation v. Woldegiorgis Transitions MHT LLC et al. |
| 8:17-cv-01140-JLS-KES | Balboa Capital Corporation v. Siddiqui Transitions MHT LLC et al. |
| 8:17-cv-01146-JLS-KES | Balboa Capital Corporation v. Ortega Home Visits MHT LLC et al. |
| 8:17-cv-01186-JLS-KES | Balboa Capital Corporation v. Las Vegas Transitions MHT LLC et al. |
| 8:17-cv-01187-JLS-KES | Balboa Capital Corporation v. El-SalibI Transitions MHT LLC, et al. |
| 8:17-cv-01315-JLS-KES | Balboa Capital Corporation v. Poku Home Visits MHT LLC et al. |
| 8:17-cv-01328-JLS-KES | Balboa Capital Corporation v. Opaigbeogu MHT LLC et al. |
| 8:17-cv-01336-JLS-KES | Balboa Capital Corporation v. Sozi Transitions MHT, LLC et al. |
| 8:17-cv-01358-JLS-KES | Balboa Capital Corporation v. Doctor Nhue Ho Home Visits LLC et al. |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings: (In Chambers) ORDER CONSOLIDATING RELATED CASES**

**SCHEDULING ORDER**

These cases are related.

On August 24, 2017, the Court issued an Order to Show Cause ("OSC") regarding consolidation in all of the above-referenced cases.  In response thereto, the parties addressed the issue of consolidation in their Joint Rule 26(f) Reports.  Defendants agree to consolidation of all cases for all purposes, but Plaintiff, while stipulating to consolidating for procedural and pretrial purposes, contends that the decision of whether to consolidate for trial should be delayed.

Federal Rule of Civil Procedure 42(a) permits a court to consolidate actions that "involve a common question of law or fact."  Fed. R. Civ. P. 42(a).  These cases involve common questions of fact and law, and the interest of judicial economy strongly favors consolidation for

---

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Cases                                                                                        Date:  September 20, 2017

| | |
|---|---|
| 8:17-cv-01072-JLS-KES | Balboa Capital Corporation v. Okoji Home Visits MHT, LLC et al. |
| 8:17-cv-01085-JLS-KES | Balboa Capital Corporation v. Patel Transitions MHT LLC et al. |
| 8:17-cv-01086-JLS-KES | Balboa Capital Corporation v. Shafie Transitions MHT LLC et al. |
| 8:17-cv-01094-JLS-KES | Balboa Capital Corporation v. Butt Transitions MHT LLC et al. |
| 8:17-cv-01107-JLS-KES | Balboa Capital Corporation v. Johnston Transitions MHT, LLC et al. |
| 8:17-cv-01117-JLS-KES | Balboa Capital Corporation v. Thi Transitions MHT LLC et al. |
| 8:17-cv-01118-JLS-KES | Balboa Capital Corporation v. Woldegiorgis Transitions MHT LLC et al. |
| 8:17-cv-01140-JLS-KES | Balboa Capital Corporation v. Siddiqui Transitions MHT LLC et al. |
| 8:17-cv-01146-JLS-KES | Balboa Capital Corporation v. Ortega Home Visits MHT LLC et al. |
| 8:17-cv-01186-JLS-KES | Balboa Capital Corporation v. Las Vegas Transitions MHT LLC et al. |
| 8:17-cv-01187-JLS-KES | Balboa Capital Corporation v. El-SalibI Transitions MHT LLC, et al. |
| 8:17-cv-01315-JLS-KES | Balboa Capital Corporation v. Poku Home Visits MHT LLC et al. |
| 8:17-cv-01328-JLS-KES | Balboa Capital Corporation v. Opaigbeogu MHT LLC et al. |
| 8:17-cv-01336-JLS-KES | Balboa Capital Corporation v. Sozi Transitions MHT, LLC et al. |
| 8:17-cv-01358-JLS-KES | Balboa Capital Corporation v. Doctor Nhue Ho Home Visits LLC et al. |

procedural purposes.  The Court defers determination of whether these cases should be consolidated for trial until it becomes clearer whether a trial in these cases is necessary and whether Defendants have potentially meritorious defenses that can be proven through common evidence.

   Accordingly, the Court CONSOLIDATES these cases for pre-trial purposes and ORDERS that all but the lead case number (8:17-cv-01072-JLS-KES, *Balboa Capital Corporation v. Okoji Home Visits MHT, LLC, et al.*) be administratively closed.  The parties are directed to make all future filings on the docket of and under the caption of the lead case.

   The parties request that the Court refrain from setting further deadlines until after the fact discovery deadline.  Because the Court has not determined whether to have a joint trial, the Court agrees that the Scheduling Order should not set dates past the close of expert discovery.  The Court therefore sets the schedule that appears below, that is based on the parties' proposed fact discovery date, and that is modified to accommodate the parties' proposal regarding expert discovery.

   Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and will not be continued absent a showing of good cause.

Last Day to File a Motion to Add Parties and Amend Pleadings:           November 21, 2017

___

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Cases                                                                              Date: September 20, 2017

| Case No. | Case Name |
|---|---|
| 8:17-cv-01072-JLS-KES | Balboa Capital Corporation v. Okoji Home Visits MHT, LLC et al. |
| 8:17-cv-01085-JLS-KES | Balboa Capital Corporation v. Patel Transitions MHT LLC et al. |
| 8:17-cv-01086-JLS-KES | Balboa Capital Corporation v. Shafie Transitions MHT LLC et al. |
| 8:17-cv-01094-JLS-KES | Balboa Capital Corporation v. Butt Transitions MHT LLC et al. |
| 8:17-cv-01107-JLS-KES | Balboa Capital Corporation v. Johnston Transitions MHT, LLC et al. |
| 8:17-cv-01117-JLS-KES | Balboa Capital Corporation v. Thi Transitions MHT LLC et al. |
| 8:17-cv-01118-JLS-KES | Balboa Capital Corporation v. Woldegiorgis Transitions MHT LLC et al. |
| 8:17-cv-01140-JLS-KES | Balboa Capital Corporation v. Siddiqui Transitions MHT LLC et al. |
| 8:17-cv-01146-JLS-KES | Balboa Capital Corporation v. Ortega Home Visits MHT LLC et al. |
| 8:17-cv-01186-JLS-KES | Balboa Capital Corporation v. Las Vegas Transitions MHT LLC et al. |
| 8:17-cv-01187-JLS-KES | Balboa Capital Corporation v. El-SalibI Transitions MHT LLC, et al. |
| 8:17-cv-01315-JLS-KES | Balboa Capital Corporation v. Poku Home Visits MHT LLC et al. |
| 8:17-cv-01328-JLS-KES | Balboa Capital Corporation v. Opaigbeogu MHT LLC et al. |
| 8:17-cv-01336-JLS-KES | Balboa Capital Corporation v. Sozi Transitions MHT, LLC et al. |
| 8:17-cv-01358-JLS-KES | Balboa Capital Corporation v. Doctor Nhue Ho Home Visits LLC et al. |

| | |
|---|---|
| Fact Discovery Cut-off: | May 1, 2018 |
| Last Day for Plaintiff Serve Initial Expert Reports: | May 29, 2018 |
| Last Day to File Motions (excluding Daubert Motions and all other Motions in Limine): | June 8, 2018 |
| Last Day for Defendant to Serve Initial Expert Reports | June 26, 2018 |
| Last Day to for Plaintiff to Serve Rebuttal Expert Reports: | July 10, 2018 |
| Last Day to Conduct Settlement Proceedings: | July 31, 2018 |
| Expert Discovery Cut-off: | August 3, 2018 |

       Finally, the Court ORDERS Defendants to file a consolidated amended notice of removal **within fourteen (14) days** that pleads the citizenship of all the limited liability company defendants' members or owners for purposes of diversity jurisdiction. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). If a member or owner of a limited liability company is an artificial entity, its citizenship must also be pleaded.

       **IT IS SO ORDERED.**

                                                                                 Initials of Preparer: tg

___